**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CHARLIE PATTERSON, : No. 21 MM 2018
:
Petitioner :
:
:
:
v. :
:
:
:
AMAZON; JOHN DOE, SUPERVISOR; :
SUPERVISOR JEALENE, :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.